

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| IN RE: EL PASO COUNTY PUBLIC DEFENDER, | § | No. 08-19-00296-CR |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

# O R D E R

The Court has this day considered the Relator's motion for emergency stay of proceedings and concludes the motion should be GRANTED. The Honorable Alyssa Perez is directed to stay all proceedings in cause number 20180D05116, styled *State of Texas v. Sarah Hernandez*, pending disposition of this mandamus proceeding or further order of this Court.

IT IS SO ORDERED this 3rd day of December, 2019.

PER CURIAM

Before Alley, CJ, Rodriguez and Palafox, JJ.